AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

WILLIAM B CROCKETT, III
*also known as* William Bernard Crockett, III
    Petitioner

v.                      Civil Action No. 3:22-cv-3

WARDEN
*New Castle Correctional Facility*
    Respondent

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: _____This case is DISMISSED for lack of jurisdiction._____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by _Chief Judge Jon E. DeGuilio_ on _Amended Petition for Writ of Habeas Corpus_

DATE:___2/28/2022_____          GARY T. BELL, CLERK OF COURT

                                               by_____s/S. Kowalsky_____
                                                            *Signature of Clerk or Deputy Clerk*